UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY A. WHITWORTH,<br>　　　　　Petitioner,<br>　v.<br>UNITED STATES OF AMERICA,<br>　　　　　Respondent. | Case No. 18-cv-04265-HSG (PR)<br><br>**JUDGMENT** |

The action having been dismissed without prejudice, judgment is entered in favor of respondent.

**IT IS SO ORDERED AND ADJJUDGED.**

Dated: 9/10/2018

　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge